# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5151** **September Term, 2025**

**1:16-cv-02358-RBW**

**Filed On:** June 18, 2026

In re: Guled Hassan Duran,

Petitioner

**BEFORE:** Henderson, Millett, and Wilkins, Circuit Judges

**O R D E R**

Upon consideration of the petition for writ of mandamus and the classified supplement thereto, it is

**ORDERED** that the mandamus petition be denied. Insofar as petitioner seeks a writ summarily ordering his transfer or release (or conditional release), petitioner has not shown a clear and indisputable right to such relief. See Cheney v. U.S. Dist. Ct. for D.C., 542 U.S. 367, 381 (2004); see also In re al Baluchi, 952 F.3d 363, 369 (D.C. Cir. 2020) (observing that "a petitioner's right to relief is clear and indisputable where he or she can point to cases in which a federal court has held that relief is warranted in a matter involving like issues and comparable circumstances" (cleaned up)). Insofar as petitioner seeks a writ compelling the district court to promptly decide his habeas petition on the merits, such relief currently is unwarranted in light of the district court's recent order resolving the parties' outstanding discovery disputes. See Will v. Calvert Fire Ins. Co., 437 U.S. 655, 661–62 (1978). The denial of this request for mandamus relief is without prejudice to refiling in the event of significant additional delay.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk